JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT D. JACKSON, | Case No. 2:19-5754-MCS (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| KELLY SANTORO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: September 3, 2021

HONORABLE MARK C. SCARSI
United States District Judge